**Motion Granted, Judgment Set Aside in Part, Case Remanded, and Opinion filed October 8, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00329-CV

---

**IMELDA GRAJALES, INDIVIDUALLY AND AS NEXT FRIEND OF HER MINOR CHILDREN A.L. AND T.L., Appellant**

**V.**

**SUNBELT RENTALS INC., SUNBELT RENTALS SCAFFOLD SERVICES LLC, AND HAULOTTE US, INC., Appellees**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2018-00411**

---

## OPINION

This is an appeal from a judgment signed April 10, 2019. On September 19, 2019, the parties filed a joint motion to "partially set aside/vacate judgment and remand case." The motion states the parties on appeal reached an agreement resolving all disputes between them and asks that we vacate or set aside "that portion of the judgment which pertains to" the parties on appeal under Texas Rule of

Appellate Procedure 42.1(a)(2)(B). The motion further requests that the portion of the judgment pertaining to US Carpet & Floors, LLC, a party to the judgment but not to this appeal, "not be disturbed."

The motion is **GRANTED**. Any portion of the trial court's judgment that pertains to US Carpet & Floors, LLC shall remain undisturbed. The remainder of the judgment is set aside without regard to the merits. We remand this case to the trial court for entry of a judgment in accordance with the parties' settlement agreement.

/s/    Margaret "Meg" Poissant
        Justice

Panel consists of Justices Christopher, Spain, and Poissant.

(Spain, J., dissenting without opinion)